UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CHRISTA KATSENES,**
    **Plaintiff,**

    **v.**                                                               Civil Action No. 1:19-cv-12112-____

**U.S. BANK TRUST, N.A.,** *As Trustee For*
*Lsf9 Master Participation Trust,*
    **Defendant.**

<u>ORDER OF RECUSAL</u>
October 15, 2019

**TALWANI, D.J.**

    Pursuant to 28 U.S.C. § 455(b)(4), I recuse myself from participation in this matter and direct the clerk forthwith to reassign the case randomly to another District Judge.

    **IT IS SO ORDERED.**

<u>/s/ Indira Talwani</u>
**United States District Judge**
