# Exhibit F

**ORIGINAL**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. NO.:  1:19-CV-12112-DJC

CHRISTA KATSENES,

        Plaintiff,

    vs.

U.S. BANK TRUST, N.A., as Trustee for LSF9 Master Participation Trust,

        Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF CHRISTA KATSENES

APPEARING REMOTELY FROM

BOSTON, MASSACHUSETTS

June 3, 2021

10:11 a.m.

Lauren S. Gardner, Professional Shorthand Reporter

APPEARING REMOTELY FROM MIDDLESEX COUNTY,

MASSACHUSETTS

  1  but it didn't seem to be as big a deal as I found out
  2  later.  So --
  3      Q.  And his gambling, did that occur throughout
  4  your entire marriage?
  5      A.  Not the beginning, but in the two hundreds it
  6  started I think, that I know of.
  7      Q.  Is that in the 2000's?
  8      A.  Yeah.
  9      Q.  Okay.  Are you aware that the three mortgages
 10  that you and your husband jointly granted in 2003,
 11  2004, and 2005, that they were discharged?
 12      A.  I don't even know that, you know.
 13      Q.  I'm sorry?  Did you say you don't know what
 14  that is or --
 15      A.  No.  Again -- Ask me again.
 16      Q.  Sure.  The three loans that you and your
 17  husband jointly granted in 2003, 2004, and 2005, were
 18  you aware that they were discharged?
 19      A.  No.
 20      Q.  Did you believe that you still owed money on
 21  those three loans?
 22      A.  I don't know.  No.
 23      Q.  Did you understand that your -- that you were
 24  obligated to pay under those loans?

1                       CERTIFICATE

2

3    COMMONWEALTH OF MASSACHUSETTS  )

4    COUNTY OF MIDDLESEX            )

5          I, Lauren S. Gardner, a Professional

6    Shorthand Reporter and Notary Public duly

7    commissioned and qualified in and for the

8    Commonwealth of Massachusetts, do hereby certify:

9          That Christa Katsenes, the witness whose

10   deposition is hereinbefore set forth, was duly

11   identified and sworn by me, and that the foregoing

12   transcript is a true record of the testimony given by

13   such witness to the best of my ability.

14          I further certify that I am not related to

15   any of the parties in this matter by blood or

16   marriage, and that I am in no way interested in the

17   outcome of this matter.

18          IN WITNESS WHEREOF, I have hereunto set my

19   hand and affixed my notarial seal this 19th day of

20   June, 2021.

21                        _/s/ Lauren Sullivan Gardner_

22                        Lauren S. Gardner

23                        Notary Public

24   My Commission Expires:  September 25, 2026