# EXHIBIT 3

# stewart

## PRE-FORECLOSURE TITLE SUMMARY

Order No: 16-0000992-01

Loan No. ▇▇▇4056

Property Address: 25 Pleasant St., Dover MA 02030

We strive to provide the highest quality title product in support of the Pre-Foreclosure process. To facilitate this process, please be sure to consider the following:

GRADE: C

ISSUES:

1. A- Tax Liens/Open Taxes (i.e. Property tax)  FC Attorney (BAU FC Process)

2. C- Superior or Open Mortgage – D.O.T. (Bank should have been in 1st lien position but title shows otherwise; Debt paid, satisfaction of record needed) Title Vendor

Page 1 of

USB 01241

# STEWART

Foreclosure Title Search Report

## General Information

| | | | | | |
|---|---|---|---|---|---|
| Date Request Received: | 01/27/2016 | Date Report Sent: | 01/30/2016 | File #: | 16-0000992-01 |
| Loan #: | 877364056 | Customer Reference #: | Katsenes | | |
| Record Search Through Date: | 1/27/2016 | | | | |

Attorney: Marinosci Law Group, P.C.
Borrower Name: William A. Katsenes

Property Address: 25 Pleasant St., Dover MA 02030

County: Norfolk
Pud/Condo/Homeowners Association: None

## Vesting Information

Title Owner: Christa Katsenes, individually

Vested by: Deed
Dated: August 28, 1986
Given by: Bickford G. White
To: Christa Katsenes, individually
Recorded: August 28, 1986 in Book 7214 Page 256

Title Owner: William A. Katsenes and Christa Katsenes, husband and wife as tenants by the entirety

Vested by: Deed
Dated: December 20, 1990
Given by: Christa Katsenes
To: William A. Katsenes and Christa Katsenes, husband and wife as tenants by the entirety
Recorded: December 28, 1990, as Instrument No. 103002, in Book 8821 Page 233

Real Property Owner: William A. Katsenes and Christa Katsenes AKA Christa E Katsenes

## Tax Search

Parcel ID #: 4-20-0

2015 Taxes are delinquent in the amount of $8,335.48 good until 02/29/2016.

2016 1st Qtr taxes are delinquent in the amount of $3,394.14 good until 02/29/2016.
2016 2nd Qtr taxes are delinquent in the amount of $3,284.78 good until 02/29/2016
2016 3rd Qtr taxes are due in the amount of $3,075.41 by 02/01/2016.
2016 4th Qtr taxes are due in the amount of $3,075.40 by 05/02/2016.

Total Assessed Value: $965,400.00.

Note: Please contact the necessary taxing authorities to obtain the status of current year taxes and prior year(s) taxes, including local municipality and city taxes. If this is a sale, also contact the necessary authorities for water, sewer and municipal lien letters (as well as any other certificates, permits, etc. as required by the locality/municipality) to ascertain any amounts due/payable prior to closing.

**Legal Description**

PARCEL I:

A CERTAIN PARCEL OF LAND SITUATED IN DOVER, NORFOLK COUNTY, MASSACHUSETTS, BOUNDED AND DESCRIBED AS FOLLOWS:

SOUTHWESTERLY BY PLEASANT STREET, ONE HUNDRED SIXTY-FIVE AND 15/100 (165.15) FEET;
WESTERLY BY LAND NOW OR FORMERLY OF THE DRISCOLL TRUST, BEING PARCEL II HEREINAFTER DESCRIBED, NINETY AND 31/100 (90.31) FEET;
NORTHERLY BY LAND NOW OR FORMERLY OF ONE REIDY, BEING PART OF PARCEL III HEREINAFTER DESCRIBED, ONE HUNDRED EIGHTY AND 91/100 (180.91) FEET; AND
EASTERLY BY LAND NOW OR FORMERLY OF FERRIS, TWO HUNDRED ELEVEN AND 81/100 (211.81) FEET.
SAID PARCEL CONTAINING 24,412 SQUARE FEET OF LAND MORE OR LESS.

ALL AS SHOWN ON A PLAN ENTITLED "PLAN OF LAND IN DOVER, MASS. DATED SEPT. 2, 1960, R.E. STACY, REG. SURVEYOR," RECORDED WITH NORFOLK COUNTY REGISTRY OF DEEDS, AS PLAN NO. 1442 OF 1960, IN BOOK 3865, PAGE 311.

PARCEL II:

PARCEL II IS SHOWN AS LOT "A" ON A PLAN ENTITLED "PLAN OF LAND IN DOVER, MASS. DEC. 20, 1952, H.W. WHITTIER, C.E." RECORDED WITH NORFOLK COUNTY REGISTRY OF DEEDS AS PLAN 115 OF 1953, RECORDED IN BOOK 3146, PAGE 481, BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS:

SOUTHWESTERLY BY PLEASANT STREET, ONE HUNDRED TWENTY AND 91/100 (120.91) FEET;
NORTHERLY BY LAND NOW OR FORMERLY OF AGNES Y. ROGERS, BEING PART OF PARCEL III HEREINAFTER DESCRIBED, ONE HUNDRED TWENTY AND 09/100 (120.09) FEET; AND
SOUTHEASTERLY BY LAND OF NOW OR FORMERLY OF CHARLES E. SPRUNT, ET UX., BEING THE PARCEL HEREINABOVE DESCRIBED, NINETY AND 29/100 (90.29) FEET

CONTAINING ACCORDING TO SAID PLAN FOUR THOUSAND NINE HUNDRED EIGHTY (4,980) SQUARE FEET OF LAND, MORE OR LESS.

PARCELS I AND II ARE BEING CONVEYED SUBJECT TO AND WITH THE BENEFIT OF CERTAIN RIGHTS, PRIVILEGES AND EASEMENTS SET FORTH IN A DEED TO PAUL F. DRISCOLL, TRUSTEE, DATED JULY 14, 1960 AND RECORDED WITH THE NORFOLK COUNTY REGISTRY OF DEEDS, BOOK 3830, PAGE 430.

SAID PREMISES ARE SUBJECT TO AN EASEMENT TO EDISON ELECTRIC ILLUMINATING CO. OF BOSTON, RECORDED WITH NORFOLK REGISTRY OF DEEDS, BOOK 1408, PAGE 54, INSOFAR AS THE SAME IS NOW IN FORCE AND APPLICABLE.

PARCEL III:

PARCEL III IS SHOWN AS LOT 8 ON A PLAN ENTITLED "SUBDIVISION PLAN OF LAND IN DOVER, MASS., SCALE: 1"=30', DEC. 27, 1968, FRED R. JOYCE, SURVEYOR" RECORDED WITH THE NORFOLK COUNTY REGISTRY OF DEEDS AS PLAN NO. 257 OF 1969, IN BOOK 4584, PAGE 570, AND BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS

SOUTHERLY BY THE ABOVE-DESCRIBED PARCELS I AND II, AS SHOWN ON SAID PLAN TWO HUNDRED NINETY-SEVEN AND 86/100 (297.86) FEET AND; THREE AND 96/100 (3.96) FEET;
WESTERLY BY LAND NOW OR FORMERLY OF JOHN A. AND ALICE S. REIDY AS SHOWN ON SAID PLAN NINETY-FIVE AND 11/100 (95.11) FEET;
NORTHERLY BY SAID LAST MENTIONED LAND, AS SHOWN ON SAID PLAN BY TWO LINES MEASURING ONE HUNDRED TWENTY-THREE AND 97/100 (123.97) FEET AND ONE HUNDRED THIRTY-ONE AND 16/100 (131.16) FEET, RESPECTIVELY; AND
EASTERLY BY SAID LAST MENTIONED LAND, AS SHOWN ON SAID PLAN FIFTY-THREE AND 33/100 (53.33) FEET.

CONTAINING EIGHTEEN THOUSAND SEVEN HUNDRED NINETY-FOUR (18,794) FEET OF LAND MORE OR LESS ACCORDING TO SAID PLAN.

USB 01243

SAID PARCELS ARE CONVEYED SUBJECT TO SUCH OTHER EASEMENTS AND RESTRICTIONS OF RECORD SO FAR AS THE SAME ARE IN FORCE AND APPLICABLE.

LEGAL DESCRIPTION SHOWN FROM VESTING DEED AS MORTGAGE APPEARS TO HAVE BEEN RECORDED IN NORFOLK COUNTY, MA WITHOUT A DESCRIPTION ATTACHED TO IT.

### Mortgage/Security Deed/Deed of Trust

1) Mortgage Deed

From: William A. Katsenes and Christa E. Katsenes
To: Citizens Bank of Massachusetts
Dated: August 06, 2003
Recorded: August 11, 2003 as Instrument No. 189011, in Book 19587 Page 384
Amount: $150,000.00

2) Open-End Mortgage

From: William A. Katsenes and Christa Katsenes
To: Citizens Bank of Massachusetts
Dated: April 13, 2005
Recorded: May 11, 2005 as Instrument No. 57015, in Book 22385 Page 560
Amount: $150,000.00

3) Mortgage - Foreclose Mortgage

From: William A. Katsenes
To: Bank of America, N.A.
Dated: August 19, 2005
Recorded: November 09, 2005 as Instrument No. 146895, in Book 23099 Page 287
Amount: $500,000.00

### Bankruptcies

None Found

### Divorce

N/A