# EXHIBIT 4


CoreLogic

# Property Ownership Report

| | | | | Prepared: | 04/07/2016 |
|---|---|---|---|---|---|
| Customer Loan Number: | 2967 | | | Search Effective Date: | 03/31/2016 |
| Borrower Name: | KATSENES, WILLIAM | Property Address: | 25 PLEASANT ST | Property ZipCode: | 02030 |
| Co-Borrower Name: | | Property City: | DOVER | Property County: | NORFOLK |
| | | Property State: | MA | | |

## Vesting

| | | | | | |
|---|---|---|---|---|---|
| Grantor Name: | CHRISTA KATSENES | | | | Transaction1 |
| Grantee Name: | WILLIAM A. KATSENES AND CHRISTA KATSENES, HUSBAND AND WIFE AS TENANTS BY THE ENTIRETY | | | | |
| Document Type: | | DEED | Document #:<br>Book/Page: | | 8821 233 |
| Document Date: | | 12/20/1990 | Recording Date: | | 12/28/1990 |

| | | | | | |
|---|---|---|---|---|---|
| Grantor Name: | | BICKFORD G. WHITE, BEING MARRIED | | | Transaction2 |
| Grantee Name: | | CHRISTA KATSENES | | | |
| Document Type: | | DEED | Document #:<br>Book/Page: | | 7214/256 |
| Document Date: | | 08/28/1986 | Recording Date: | | 08/28/1986 |

## Tax

| Tax Parcel: | 4-20-0 | Year Assessed: | 2015 |
|---|---|---|---|
| Assessed Land Value: | $0.00 | Assessed Improvements: | $965,400.00 |
| Total Assessed Value: | $965,400.00 | | |

### Taxes 1

| Tax Type: | CITY | Tax Period: | FIRST QUARTER 2015 | Delinquent Amount: | $3,467.45 |
|---|---|---|---|---|---|
| Tax Status: | DELINQUENT | Tax Amount: | $3,141.77 | Homestead Exemption: | NO |
| Tax Year: | 2015 | Tax Due Date: | 08/03/2015 | Other Exemption: | NO |

As to Parcel 4-20-0 Tax Type: CITY Tax Period: FIRST QUARTER 2015 Tax Amount: $3,141.77 Tax Status: DELINQUENT Tax Due Date: 08/03/2015 Delinquent Due Date: 08/04/2015 Tax Delinquency, Interest or Penalties: $3,467.45 NOTE: DELINQUENT AMOUNT IS GOOD THROUGH 04/30/2016

### Taxes 2

| Tax Type: | CITY | Tax Period: | SECOND QUARTER 2015 | Delinquent Amount: | $3,356.09 |
|---|---|---|---|---|---|
| Tax Status: | DELINQUENT | Tax Amount: | $3,141.77 | Homestead Exemption: | NO |
| Tax Year: | 2015 | Tax Due Date: | 11/01/2015 | Other Exemption: | NO |

As to Parcel 4-20-0 Tax Type: CITY Tax Period: SECOND QUARTER 2015 Tax Amount: $3,141.77 Tax Status: DELINQUENT Tax Due Date: 11/01/2015 Delinquent Due Date: 11/02/2015 Tax Delinquency, Interest or Penalties: $3,356.09 NOTE: DELINQUENT AMOUNT IS GOOD THROUGH 04/30/2016

### Taxes 3

| Tax Type: | CITY | Tax Period: | THIRD QUARTER 2015 | Delinquent Amount: | $3,180.11 |
|---|---|---|---|---|---|
| Tax Status: | DELINQUENT | Tax Amount: | $3,075.41 | Homestead Exemption: | NO |
| Tax Year: | 2015 | Tax Due Date: | 02/01/2016 | Other Exemption: | NO |

As to Parcel 4-20-0 Tax Type: CITY Tax Period: THIRD QUARTER 2015 Tax Amount: $3,075.41 Tax Status: DELINQUENT Tax Due Date: 02/01/2016 Delinquent Due Date: 02/02/2016 Tax Delinquency, Interest or Penalties: $3,180.11 NOTE: DELINQUENT AMOUNT IS GOOD THROUGH 04/30/2016

CONFIDENTIAL                    USB 00164



# Property Ownership Report

| | | | | Prepared: | 04/07/2016 |
|---|---|---|---|---|---|
| Customer Loan Number: | ████2967 | | | Search Effective Date: | 03/31/2016 |

| Borrower Name: | KATSENES, WILLIAM | Property Address: | 25 PLEASANT ST | Property ZipCode: | 02030 |
|---|---|---|---|---|---|
| Co-Borrower Name: | | Property City: | DOVER | Property County: | NORFOLK |
| | | Property State: | MA | | |

## Taxes 4

| Tax Type: | CITY | Tax Period: | FOURTH QUARTER 2015 | Delinquent Amount: | $0.00 |
|---|---|---|---|---|---|
| Tax Status: | UNPAID | Tax Amount: | $3,075.40 | Homestead Exemption: | NO |
| Tax Year: | 2015 | Tax Due Date: | 05/01/2016 | Other Exemption: | NO |

As to Parcel 4-20-0 Tax Type: CITY Tax Period: FOURTH QUARTER 2015 Tax Amount: $3,075.40 Tax Status: UNPAID Tax Due Date: 05/01/2016 Delinquent Due Date: 05/02/2016 Tax Delinquency, Interest or Penalties: NONE

## Legal description

SITUATED IN THE COUNTY OF NORFOLK, STATE OF MASSACHUSETTS. PARCEL I: A CERTAIN PARCEL OF LAND SITUATED IN DOVER, NORFOLK COUNTY, MASSACHUSETTS, BOUNDED AND DESCRIBED AS FOLLOWS: SOUTHWESTERLY BY PLEASANT STREET, ONE HUNDRED SIXTY-FIVE AND 15/100 (165.15) FEET; WESTERLY BY LAND NOW OR FORMERLY OF THE DRISCOLL TRUST, BEING PARCEL II HEREINAFTER DESCRIBED, NINETY AND 31/100 (90.31) FEET; NORTHERLY BY LAND NOW OR FORMERLY OF ONE REIDY, BEING PART OF PARCEL III HEREINAFTER DESCRIBED, ONE HUNDRED EIGHTY AND 91/100 (180.91) FEET; AND EASTERLY BY LAND NOW OR FORMERLY OF FERRIS, TWO HUNDRED ELEVEN AND 81/100 (211.81) FEET. SAID PARCEL CONTAINING 24,412 SQUARE FEET OF LAND MORE OR LESS. ALL AS SHOWN ON A PLAN ENTITLED PLAN OF LAND IN DOVER, MASS DATED SEPT. 2, 1960, R.E. STACY, REG. SURVEYOR, RECORDED WITH NORFOLK COUNTY REGISTRY OF DEEDS, AS PLAN NO. 1442 OF 1960, IN BOOK 3865, PAGE 311. PARCEL II: PARCEL II IS SHOWN AS LOT A ON A PLAN ENTITLED PLAN OF LAND IN DOVER, MASS. DEC. 20, 1952, M.W WHITTIER, C.E. RECORDED WITH NORFOLK COUNTY REGISTRY OF DEEDS AS PLAN 115 OF 1953, RECORDED IN BOOK 3146, PAGE 481, BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS: SOUTHWESTERLY BY PLEASANT STREET, ONE HUNDRED TWENTY AND 91/100 (120.91) FEET; NORTHERLY BY LAND NOW OR FORMERLY OF AGNES Y. ROGERS, BEING PART OF PARCEL III HEREINAFTER DESCRIBED, ONE HUNDRED TWENTY AND 09/100 (120.09) FEET; AND SOUTHEASTERLY BY LAND OF NOW OR FORMERLY OF CHARLES E. SPRUNT, ET UX., BEING THE PARCEL HEREINABOVE DESCRIBED, NINETY AND 29/100 (90.29) FEET CONTAINING ACCORDING TO SAID PLAN FOUR THOUSAND NINE HUNDRED EIGHTY (4,980) SQUARE FEET OF LAND, MORE OR LESS. PARCEL III: PARCEL III IS SHOWN AS LOT B ON A PLAN ENTITLED SUBDIVISION PLAN OF LAND IN DOVER, MASS., SCALE 1 INCH EQUALS 30 FEET, DEC. 27, 1968, FRED R. JOYCE, SURVEYOR RECORDED WITH THE NORFOLK COUNTY REGISTRY OF DEEDS AS PLAN NO. 257 OF 1969, IN BOOK 4584, PAGE 570, AND BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS: SOUTHERLY BY THE ABOVE-DESCRIBED PARCELS 1 AND II, AS SHOWN ON SAID PLAN TWO HUNDRED NINETY SEVEN AND 86/100 (297.86) FEET AND; THREE AND 96/100 (3.96) FEET WESTERLY BY LAND NOW OR FORMERLY OF JOHN A. AND ALICE S. REIDY AS SHOWN ON SAID PLAN NINETY-FIVE AND 11/100 (95.11) FEET; NORTHERLY BY SAID LAST MENTIONED LAND, AS SHOWN ON SAID PLAN BY TWO LINES MEASURING ONE HUNDRED TWENTY-THREE AND 97/100 (123.97) FEET AND ONE HUNDRED THIRTY-ONE AND 16/100 (131.16) FEET, RESPECTIVELY; AND EASTERLY BY SAID LAST MENTIONED LAND, AS SHOWN ON SAID PLAN FIFTY-THREE AND 33/100 (53.33) FEET. CONTAINING EIGHTEEN THOUSAND SEVEN HUNDRED NINETY-FOUR (18,794) FEET OF LAND MORE OR LESS ACCORDING TO SAID PLAN. PERMANENT PARCEL NUMBER. 4-20-0

## Mortgages

### Mortgage 1

| Borrower: | CHRISTA KATSENES |
|---|---|
| Lender: | ROBERT J PURDY AND SYLVIA K PURDY |

| Amount: | $325,000.00 | Maturity Date: | |
|---|---|---|---|
| Mortgage Type: | CLOSED END | Document #: | |
| Document Type: | MORTGAGE | Book/Page: | 7214 259 |
| Document Date: | 08/28/1986 | Recording Date: | 08/28/1986 |

Description:
CLOSED END MORTGAGE FROM CHRISTA KATSENES, TO ROBERT J PURDY AND SYLVIA K PURDY, AMOUNTING TO $325,000.00, DATED 08/28/1986 FILED FOR RECORD 08/28/1986, AND RECORDED IN BOOK 7214 PAGE 259 IN NORFOLK COUNTY RECORDS. MATURITY DATE N/A.


CoreLogic

# Property Ownership Report

| | | | | Prepared: | 04/07/2016 |
|---|---|---|---|---|---|
| Customer Loan Number: | 2967 | | | Search Effective Date: | 03/31/2016 |
| Borrower Name: | KATSENES, WILLIAM | Property Address: | 25 PLEASANT ST | Property ZipCode: | 02030 |
| Co-Borrower Name: | | Property City: | DOVER | Property County: | NORFOLK |
| | | Property State: | MA | | |

## Mortgage 2

| | | | | |
|---|---|---|---|---|
| Borrower: | WILLIAM A KATSENES AND CHRISTA E KATSENES | | | |
| Lender: | CITIZENS BANK OF MASSACHUSETTS | | | |
| Amount: | $150,000.00 | | Maturity Date: | |
| Mortgage Type: | CLOSED END | | Document #: | |
| Document Type: | MORTGAGE | | Book/Page: | 19587.384 |
| Document Date: | 08/06/2003 | | Recording Date: | 08/11/2003 |

**Description:**
CLOSED END MORTGAGE FROM WILLIAM A KATSENES AND CHRISTA E KATSENES, TO CITIZENS BANK OF MASSACHUSETTS, AMOUNTING TO $150,000.00, DATED 08/06/2003 FILED FOR RECORD 08/11/2003, AND RECORDED IN BOOK 19587 PAGE 384 IN NORFOLK COUNTY RECORDS. MATURITY DATE N/A.

## Mortgage 3

| | | | | |
|---|---|---|---|---|
| Borrower: | WILLIAM A. KATSENES AND CHRISTA E. KATSENES | | | |
| Lender: | FLEET NATIONAL BANK | | | |
| Amount: | $200,000.00 | | Maturity Date: | 03/31/2024 |
| Mortgage Type: | OPEN END | | Document #: | |
| Document Type: | OPEN-END MORTGAGE | | Book/Page: | 20951.297 |
| Document Date: | 03/31/2004 | | Recording Date: | 05/03/2004 |

**Description:**
OPEN-END MORTGAGE FROM WILLIAM A. KATSENES AND CHRISTA E. KATSENES, TO FLEET NATIONAL BANK, AMOUNTING TO $200,000.00, NOT TO EXCEED $200,000.00 DATED 03/31/2004 FILED FOR RECORD 05/03/2004, AND RECORDED IN BOOK 20951 PAGE 297 IN NORFOLK COUNTY RECORDS. MATURITY DATE 03/31/2024. NOTE: MATURITY DATE MAY BE EXTENDED TO: 03/31/2034 NOTE: RELEASE FILED 09/21/2005 AND RECORDED IN BOOK 22916, PAGE 130 REFERENCING A OPEN-END MORTGAGE FILED 05/03/2004 AND RECORDED IN BOOK 20951, PAGE 297 OF NORFOLK COUNTY RECORDS.


CoreLogic

## Property Ownership Report

| | | | | Prepared: | 04/07/2016 |
|---|---|---|---|---|---|
| Customer Loan Number: | 2967 | | | Search Effective Date: | 03/31/2016 |
| Borrower Name: | KATSENES, WILLIAM | Property Address: | 25 PLEASANT ST | Property ZipCode: | 02030 |
| Co-Borrower Name: | | Property City: | DOVER | Property County: | NORFOLK |
| | | Property State: | MA | | |

### Mortgage 4

| Borrower: | WILLIAM A KATSENES AND CHRISTA KATSENES | | |
|---|---|---|---|
| Lender: | CITIZENS BANK OF MASSACHUSETTS | | |
| Amount: | $150,000.00 | Maturity Date: | |
| Mortgage Type: | OPEN END | Document #: | |
| Document Type: | OPEN-END MORTGAGE HOME EQUITY CREDIT LINE | Book/Page: | 22385,560 |
| Document Date: | 04/13/2005 | Recording Date: | 05/11/2005 |

**Description:**
OPEN-END MORTGAGE HOME EQUITY CREDIT LINE FROM WILLIAM A KATSENES AND CHRISTA KATSENES, TO CITIZENS BANK OF MASSACHUSETTS, AMOUNTING TO $150,000.00, NOT TO EXCEED $150,000.00 DATED 04/13/2005 FILED FOR RECORD 05/11/2005, AND RECORDED IN BOOK 22385 PAGE 560 IN NORFOLK COUNTY RECORDS  MATURITY DATE N/A

### Mortgage 5

| Borrower: | WILLIAM A KATSENES | | |
|---|---|---|---|
| Lender: | BANK OF AMERICA, N.A | | |
| Amount: | $500,000.00 | Maturity Date: | 08/19/2030 |
| Mortgage Type: | OPEN END | Document #: | |
| Document Type: | MORTGAGE | Book/Page: | 23099 287 |
| Document Date: | 08/19/2005 | Recording Date: | 11/09/2005 |

**Description:**
OPEN END MORTGAGE FROM WILLIAM A KATSENES, TO BANK OF AMERICA, N.A , AMOUNTING TO $500,000.00, NOT TO EXCEED $500,000.00 DATED 08/19/2005 FILED FOR RECORD 11/09/2005, AND RECORDED IN BOOK 23099 PAGE 287 IN NORFOLK COUNTY RECORDS. MATURITY DATE 08/19/2030.

### Involuntary Liens

### Miscellaneous

### END OF REPORT