# EXHIBIT 6

| Christa Katsenes vs | Tonya M. Tillman |
| U.S. Bank Trust, N.A., et al | July 22, 2021 |

107

1  Q. Let me ask you this: Go to Exhibit 19.
2  A. Exhibit 19. Okay.
3  Q. Now, we went through the representations
4  and the warranties before the break, and there's a
5  six-month warranty period. And do you recognize
6  this is a document that the holding company files
7  making a claim of breach of the warranty? Do you
8  see that?
9  A. Yes, I see that the document states that.
10 Q. All right. And it turns out, if you look
11 quickly at 20, that the items that they claim were a
12 breach which is undischarged mortgages and so forth,
13 they were dead wrong on; in fact, they were all
14 discharged.
15         But, coming back to making a claim for
16 breach of warranty, please, take all the time you
17 want and tell me why Caliber within the six months
18 warranty period did not make a claim against Bank of
19 America for breach of warranty if this was not a
20 first lien and fee simple title.
21 A. I don't know.
22 Q. That's all you can say?
23 A. Well, I'm still having trouble following
24 you and then tying all of these documents together.