# EXHIBIT 8

135

1   speaks for itself as to the title insurer's
2   obligations.
3        Q.  No.  I am entitled to an answer to this
4   question.  What is your understanding as -- as the
5   party with the most knowledge reasonably available
6   to the servicing company acting as the agent on
7   behalf of the U.S. Bank, the party in this case?
8   What is your understanding whether the title
9   insurance company is going to pay the claim if you
10  don't collect against Christa?
11       A.  As the servicer, like I said, I would not
12  be privy to what exactly the settlement is with the
13  attorneys.  That's something the lawyers worked out.
14  I don't --
15       Q.  Are you telling me I have to take the
16  deposition of a lawyer?
17           MS. CHARPENTIER:  Objection.
18       Q.  That seems logical, doesn't it?
19       A.  Yes.
20           MS. CHARPENTIER:  Objection.
21       Q.  Apart from that, as a default manager,
22  would you let the insurance company off the hook if
23  you don't collect from Christa?
24       A.  As a default servicing officer for Caliber,