# EXHIBIT 9

```
 1   companies.  One of them allegedly paid a lot of
 2   money to buy this block of loans, right?
 3        A.  Yes.
 4        Q.  And that one of them is the holding
 5   company, isn't it?
 6        A.  Yes.
 7        Q.  All right.  And somehow or other, when it
 8   came time for the paperwork to transfer the loan, it
 9   didn't go to the holding company, did it?
10        A.  The loan itself didn't go to the -- the
11   holding company?
12        Q.  No.  It was assigned to a separate entity
13   which happens to be U.S. Bank Trustee, who's the
14   party in this case, not the party that paid for it.
15            Can you answer the question?
16        A.  No, because, apparently, I'm not
17   understanding what you're asking me.
18        Q.  Who paid the $426,000 to Bank of America
19   for this loan allegedly?
20        A.  I don't know because I don't know where
21   that's stating anywhere that they paid 24 and
22   $26,000 for this loan.
23        Q.  Well, let's agree there is a agreement in
24   addition to request admissions that the figure I had
```

1    read before, which is 426,000 and some change, was

2    paid for this loan.  I just want to know, who paid

3    for it?

4         A.  It would be LSF9 that would have paid an

5    undisclosed amount for the loan, yes.

6         Q.  Which is the holding company?

7         A.  Yes.

8         Q.  Okay.  Not the party Defendant,

9    Plaintiff-in-Counterclaim in this case, separate

10   entity?

11        A.  Separate entity, yes.

12        Q.  If I can invite your attention briefly to

13   go way fast forward to 47, Exhibit 47, which is a

14   request for admissions of fact.

15        A.  Okay.

16        Q.  (As read) "Request 32, U.S. Bank Trustee,

17   N.A., of the partnership, the Defendant and

18   Plaintiff-in-Counterclaim paid nothing for the

19   assignment of the mortgage, to wit:  Response."  In

20   response the Defendant says, "It was not the

21   purchasing agent pursuing to the mortgage loan and

22   the HELOC loan purchase agreement and interim

23   service agreement, Bates stamped USB 1261 and 1297.

24   However, $426,381.53 was paid as consideration to