# EXHIBIT 10

1  try to finish here at 5:00; so I don't want to waste
2  time on this.
3      Q.  All right.  And just in leaving this,
4  Ms. Tillman, you don't know the circumstances of how
5  it is that, in this transaction which we are seeing
6  bits and pieces of, the documents being produced,
7  that the U.S. Bank trustee, party in this case,
8  ended up as the holder of this note and mortgage?
9  You don't know the circumstances; is that a fair
10 statement?
11     A.  That's a fair statement.
12     Q.  All right.  If you'd go over -- we've
13 already been there, but let's come back again to the
14 Stewart title, Exhibit 14.
15     A.  Okay.
16     Q.  You got it.  And I'm going to ask you
17 before we get into questions to also look at Exhibit
18 15 and 16.  No.  15A.  So there's three exhibits,
19 and let me help you because I don't want you or me
20 to spend the time reading.  I want to point out some
21 aspects for you to look at before you answer
22 questions with this.
23         In the Stewart title on Page 2 when it
24 talks in terms of Attorney: Marinosci Law Group and,